*Friday, June 26, 1992*
## MOTION DOCKET

**89–2128.** State v. Jackson. *Cuyahoga County*, No. 55758. UPON CONSIDERATION of the motion filed by counsel for appellant to continue stay of execution in the above-styled cause pending the exhaustion of state post-conviction remedies,

IT IS ORDERED by the court that said motion be, and the same is hereby, granted, effective June 25, 1992.

IT IS FURTHER ORDERED by the court that compliance with the mandate and execution of sentence be, and the same are hereby, stayed pending the exhaustion of all proceedings for post-conviction relief before courts of this state.

IT IS FURTHER ORDERED that counsel for the appellant and for the appellee shall notify this court when all proceedings for post-conviction relief before courts of this state have been exhausted.

**92–995.** State ex rel. Gampfer v. Wilkinson. *Franklin County*, No. 91AP–809. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Upon consideration of appellants' motion to stay the writ of mandamus issued by the Court of Appeals for the Tenth Appellate District pending final disposition by this court,

IT IS ORDERED by the court that said motion for stay be, and the same is hereby, granted, effective June 25, 1992.

Douglas, J., dissents.

**92–1181.** State ex rel. Ohio Mech. Contr. Indus., Inc. v. Cleveland. In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus. Upon consideration of relators' motion for expedited consideration and motion for peremptory or alternative writ of mandamus,

IT IS ORDERED by the court that said motion for expedited consideration be, and the same is hereby, granted, effective June 23, 1992.

IT IS FURTHER ORDERED by the court that relators' request for peremptory writ in the first instance be, and the same is hereby, denied, effective June 23, 1992.

IT IS FURTHER ORDERED by the court that relators' motion for alternative writ be, and the same is hereby, granted, and the city of Cleveland is ordered to refrain from awarding a contract or contracts for the "Charles V. Carr Municipal/South Building Renovations" until further order of this court. It is further ordered by the court that respondents show cause on or before July 13, 1992, why a peremptory writ should not be issued.

## JURISDICTIONAL MOTIONS ALLOWED

**92–413.** Ziegler v. Wendel Poultry Serv. *Crawford County*, No. 3–90–31. On motion (notices of appeal of Wendel Poultry and B. Ziegler) and cross-motion to certify the record. Motions allowed.

Holmes and Resnick, JJ., dissent.

John W. McCormac, J., of the Tenth Appellate District, sitting for Moyer, C.J.

G. Gary Tyack, J., of the Tenth Appellate District, sitting for Wright, J.

## MISCELLANEOUS DISMISSALS